FORM L70 Notice of Entry of Order of Dismissal  (v.2.13)

20–12577 – A – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF ENTRY OF ORDER OF DISMISSAL

**Case Number:**    20–12577 – A – 11

**Debtor Name(s), Social Security Number(s), and Address(es):**

Maria Guadalupe Luna Manzo
xxx–xx–3022

P.O. Box 789
Parlier, CA 93648

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Maria Luna

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor Maria Guadalupe Luna Manzo was entered on the docket in this case on 3/11/21. The document number and docket text for this order are set forth below.

**[151] – Order Granting 114 Motion/Application to Dismiss Case [HLF–7] (rlos)**

Dated:
3/11/21

For the Court,
Wayne Blackwelder , Clerk