# UNITED STATES BANKRUPTCY COURT

__EASTERN__ DISTRICT OF __CALIFORNIA__

____FRESNO____ DIVISION

In re:                                                    Case No. __20-12577 - A - 11__

MARIA GUADALUPE LUNA MANZO

Debtor(s)

---

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, LISA HOLDER, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was converted on MAR. 11, 2021, with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a) [or 28 U.S.C. 586(e)(5), as applicable], on ___N/A___ the Court ordered compensation of $ _N/A_ be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable). I request that I be discharged from any further duties as trustee.

Date: __MAR. 21, 2021__        By: _____

                                                Trustee
                                        LISA HOLDER                    Original
                                        LHOLDER@LNHPC.COM
                                        661.205.2385

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(V)-NDR C

UST Form 101-11(V)-NDR Instructions (02/19/2020)